Dismissed and Memorandum Opinion filed May 27, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00298-CV

____________

 

IN THE INTEREST OF A.E.V., a child

 



 

On Appeal from the 311th District Court

Harris County, Texas

Trial Court Cause No. 2009-28202

 



 

M E M O R
A N D U M   O P I N I O N

This appeal is from a final order adjudicating parentage and
conservatorship of a minor child signed December 23, 2009.  No clerk=s record has been filed.  On April
27, 2010, the court notified the parties that the record was past due.  The
clerk responsible for preparing the record in this appeal informed the court
appellant did not make arrangements to pay for the record.  

On May 3, 2010, notification was transmitted to all parties
of the court’s intention to dismiss the appeal for want of prosecution unless,
within fifteen days, appellant paid or made arrangements to pay for the record
and provided this court with proof of payment.  See Tex. R. App.
P. 37.3(b).  No response was
filed.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Yates and Boyce.